

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-17-00801-CV

**IN THE INTEREST OF C.A.E., ET AL CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02691
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to April 16, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court